**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY**

| | |
|---|---|
| SARAH SIMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-02502-EFM-JPO |
| ) | |
| ADS ALLIANCE DATA SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Sarah Sims, and Defendant, ADS Alliance Data Systems, Inc., by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby jointly stipulate to the dismissal of the above-referenced lawsuit, with prejudice, with each party to bear her/its own attorneys' fees and costs.

Respectfully Submitted,                               Dated:  June 15, 2021

| | |
|---|---|
| By: */s/ Kathleen E. Mannion*_____<br>Anne Schiavone<br>Kathleen E. Mannion<br>HOLMAN SCHIAVONE, LLC<br>4600 Madison Ave., Suite 810<br>Kansas City, MO  64112<br>816.283.8738<br>816.283.8739 (Facsimile)<br>aschiavone@hslawllc.com<br>kmannion@hslawllc.com<br>*Attorneys for Plaintiff* | By: */s/ AnnRene Coughlin*_____<br>Walter Brown<br>AnnRene Coughlin<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>4520 Main Street, Suite 400<br>Kansas City, Missouri 64111<br>Telephone: 816-471-1301<br>Fax: 816-471-1303<br>walter.brown@ogletree.com<br>annrene.coughlin@ogletree.com<br>*Attorneys for Defendant* |